UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**PETER A. GOTTLIEB**
        Plaintiff(s)

v.                        CIVIL ACTION NO.**20-10509-DJC**

**AMICA MUTUAL INSURANCE COMPANY**
        Defendant(s)

### JUDGMENT IN A CIVIL CASE

CASPER, D.J.

☐  **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by the Court.** In accordance with the Memorandum and Order dated January 11, 2022, D. 82,

    **IT IS ORDERED AND ADJUDGED**

Judgment for the defendant Amica Mutual Insurance Company.

Robert M. Farrell, Clerk

Dated: January 11, 2022

/s/ Lisa M. Hourihan
( By ) Deputy Clerk