# United States Court of Appeals
## For the First Circuit

No. 22-1074

PETER GOTTLIEB, individually and on behalf of all persons similarly situated,

Plaintiff, Appellant,

v.

AMICA MUTUAL INSURANCE COMPANY,

Defendant, Appellee.

**JUDGMENT**

Entered: December 30, 2022

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's orders are affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Noah Rosmarin, John Peter Zavez, Brendan M. Bridgeland, Laura M. Gregory, Anthony Joseph Antonellis, Christopher Michael Reilly